UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARC RICHARDSON,

                 Plaintiff,

-v-

COMMERCE MEDIA HOLDINGS, LLC et al.,

                 Defendants.

24 Civ. 4660 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On August 29, 2024, defendants filed a motion to dismiss the complaint under Rule 12 of the Federal Rules of Civil Procedure. Dkt. 16. That day, the Court issued an order directing plaintiff to either file an amended complaint or oppose the motion. Dkt. 20. On September 18, 2024, plaintiff filed an amended complaint. Dkt. 21. On October 10, 2024, defendants filed a renewed motion to dismiss the amended complaint. Dkt. 24.

Accordingly, it is hereby ORDERED that plaintiff shall file an opposition to the motion to dismiss no later than October 31, 2024. Defendants' reply, if any, shall be filed by November 14, 2024. At the time any reply is served, the moving party shall supply the Court with two (2) courtesy copies of all motion papers by mailing or delivering them to the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York 10007.

SO ORDERED.

                                                *Paul A. Engelmayer*
                                                PAUL A. ENGELMAYER
                                                United States District Judge

Dated: October 11, 2024
       New York, New York