UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MARC RICHARDSON,

                      Plaintiff,

    -against-                                      24 **CIVIL** 4660 (PAE)

## **JUDGMENT**

COMMERCE MEDIA HOLDINGS, LLC et al.,

                      Defendant.
------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 26, 2025, the Court grants defendants' motion to dismiss the Amended Complaint with prejudice.

**Dated:**  New York, New York

       March 26, 2025

                                              **TAMMI M HELLWIG**
                                                  **Clerk of Court**

                    **BY:**

                                                  **Deputy Clerk**