UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARC RICHARDSON, <br><br> Plaintiff, <br><br> v. <br><br> COMMERCE MEDIA HOLDINGS, LLC; *et al.*, <br><br> Defendants. | Case No.: 1:24-cv-04660-PAE <br><br> **PLAINTIFF'S NOTICE OF MOTION FOR RECONSIDERATION** |

TO THE HONORABLE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT, Plaintiff, Marc Richardson, through his undersigned counsel, upon the accompanying Memorandum of Law, respectfully moves the court before the Honorable Paul A. Engelmayer, at 40 Foley Square, New York, New York 10007, for reconsideration in favor of Plaintiff pursuant to Fed. R. Civ. P. 59(e) with respect to Plaintiff's cause of action for copyright infringement, including those asserted under 17 U.S.C. § 1202 against Defendant, and Defendants' counterclaims against Plaintiff.

|  |  | Respectfully submitted, |
|---|---|---|
| Dated: April 9, 2025<br>New York, New York | By: | */s/ David Michael Stuart Jenkins*<br>Scott Alan Burroughs, Esq.<br>scott@donigerlawfirm.com<br>David Michael Stuart Jenkins, Esq.<br>djenkins@donigerlawfirm.com<br>DONIGER / BURROUGHS<br>247 Water Street, First Floor<br>New York, New York 10038<br>(310) 590-1820<br>*Attorneys for Plaintiff* |

To the extent the motion for reconsideration is opposed,
defendants are to submit an opposition by April 25, 2025.

SO ORDERED.

*Paul A. Engelmayer* (signature)
_____
PAUL A. ENGELMAYER
United States District Judge

Date: April 11, 2025